MUNICIPAL BANK AND TRUST COMPANY, Appellant, v. CINAK REALTY CORPORATION and Others, Defendants. STOCKMAN REALTY CORPORATION, Respondent. FACTORS HOLDING CORPORATION, Assignee, Appellant, MORRIS KARSH, Assignee, and GEORGE C. MANNING, JR., Receiver, Respondents.— Order appointing referee modified by inserting in place of question No. 4 the following: " In the event that the rental value as fixed by question No. 1 be in excess of any proper offsets as against the same, properly proven and established, as contained in question No. 3, by whom should such excess be paid? " The order is further modified by amending the next paragraph thereof so as to provide that the question of the payment of costs and the expenses of the reference be reserved for the determination of the Special Term upon the coming in of the referee's report. As so modified the order is affirmed, costs to abide the determination of the Special Term. Young, Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

JOSEPH B. RAEBECK, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order granting defendant's motion for examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JACOB H. ROBERTS, Respondent, v. BROOKLYN ASH REMOVAL COMPANY, Appellant, and DAUNTLESS TOWING LINE, INC., Respondent.— Order in so far as it directs defendant Brooklyn Ash Removal Company to furnish defendant Dauntless Towing Line, Inc., with a bill of particulars affirmed, with ten dollars costs and disbursements. (The Steamer Webb, 81 U. S. 406; The L. P. Dayton, 120 id. 337; The J. P. Donaldson, 167 id. 599; The Winnie, 149 Fed. 725; Gilchrist Transp. Co. v. Great Lakes Towing Co., 237 id. 432; The Kunkle Bros., 211 id. 540; The Atlantic City, 241 id. 62; Aldrich v. Pennsylvania R. Co., 255 id. 330.) Particulars to be served within ten days from service of a copy of the order herein. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

NELLIE WOECKENER, Respondent, v. JAMES W. GOODIER and JAMES F. MacDONNELL, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.